## BUCHANAN COUNTY, Appellant,

v.

## Lantie WILSON, Respondent.

### No. WD 74517.

Missouri Court of Appeals,
Western District.

Nov. 13, 2012.

Kelly Lynn Mills and Richard Lee Montgomery, Jr., Columbia, MO, for Appellant.

Jay Michael Allison, St. Joseph, MO, for Respondent.

Division Three: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Buchanan County appeals a workers' compensation case involving the claims presented by an employee of the County. The Labor and Industrial Relations Commission determined that the claimant sustained injuries in the course of his employment and arising out of his employment, and awarded compensation to the claimant. We affirm. Rule 84.16(b).

■

## Melynda SCHUSSLER, Appellant,

v.

## TREASURER OF the STATE OF MISSOURI–CUSTODIAN OF the SECOND INJURY FUND, Respondent.

### No. WD 74596.

Missouri Court of Appeals,
Western District.

Nov. 13, 2012.

Steffanie Stracke, Kansas City, MO, for Appellant.

Kimberley Fournier, Kansas City, MO, for Respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, J., and CHARLES E. ATWELL, Sp. J.

### ORDER

PER CURIAM:

Ms. Melynda Schussler appeals the Labor and Industrial Relations Commission's decision denying permanent and total disability benefits from the Second Injury Fund.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).